

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00316-CV

———————————————

IN RE CHICO MERRILL, Relator

Original Proceeding
231st District Court of Tarrant County, Texas
Trial Court No. 231-694051-21

Before Bassel, Kerr, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of habeas corpus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus and motion for emergency relief are denied.

Per Curiam

Delivered:  May 18, 2026